# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| STATE OF OHIO | : | **PROTECTIVE** |
| | : | **PETITION FOR REVIEW** |
| Petitioners, | : | |
| | : | Case No. 25-1059 |
| v. | : | |
| | : | |
| UNITED STATES ENVIRON- | : | |
| MENTAL PROTECTION | : | |
| AGENCY, and LEE ZELDIN, | : | |
| Administrator, United States | : | |
| Environmental Protection | : | |
| Agency, | : | |
| | : | |
| Respondents. | : | |

---

The State of Ohio ("Ohio") petitions this Court for review of issuance by the United States Environmental Protection Agency entitled "Guidance on the Preparation of State Implementation Plan Provisions That Address the Nonattainment Area Contingency Measure Requirements for Ozone and Particulate Matter" ("Guidance") published in the Federal Register at 89 Fed. Reg. 101602 (December 16, 2024) and attached hereto, to the extent that the Guidance is appealable pursuant to 5 U.S.C. § 701, *et sec*.

Ohio has doubts about whether the Guidance is a final action subject to review. However, aspects of the Guidance that may be applied to

the State's later SIP submissions are arbitrary, capricious, exceed EPA's statutory authority, and are otherwise unlawful. Though Ohio has doubts about the finality and binding nature of this guidance, to the extent it is final and will be enforced on Ohio's later SIP submission, the State files this protective petition to preserve its right to challenge the unlawful aspects of the Guidance.

Dated: _____

DAVE YOST
Ohio Attorney General

*/s/  John K. McManus*
JOHN K. McMANUS
Ohio Bar No. 0037140
GREGG H. BACHMANN
Ohio Bar No.  0039531
Assistant Attorneys General
Ohio Attorney General
30 East Broad Street, 25th Floor
Columbus, Ohio  43215
Tel. 6l4.466.2766
jack.mcmanus@ohioago.gov
gregg.bachman@ohioago.gov

*Counsel for the State of Ohio*

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, the foregoing was filed electronically. I further certify that I served a true copy of the Petition for Review via regular U.S. mail this same day upon the following:

Pamela Bondi
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Lee Zeldin
United States Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

Office of General Counsel
United States Environmental Protection Agency
Mail Code 2310A
1200 Pennsylvania Ave., NW
Washington, DC 20460

*/s/ John K. McManus*
JOHN K. McMANUS
Assistant Attorney General

# ATTACHMENT



Dated: December 10, 2024.

**Carlos D. Clay,**

*Acting Deputy Secretary.*

[FR Doc. 2024–29533 Filed 12–13–24; 8:45 am]

**BILLING CODE 6717–01–P**

---

## DEPARTMENT OF ENERGY

### Federal Energy Regulatory Commission

### Combined Notice of Filings #1

Take notice that the Commission received the following electric corporate filings:

*Docket Numbers:* EC25–27–000.

*Applicants:* Alabama Power Company, Tenaska Alabama Partners, L.P.

*Description:* Joint Application for Authorization Under Section 203 of the Federal Power Act of Tenaska Alabama Partners, L.P., et al.

*Filed Date:* 12/9/24.

*Accession Number:* 20241209–5258.

*Comment Date:* 5 p.m. ET 1/23/25.

Take notice that the Commission received the following exempt wholesale generator filings:

*Docket Numbers:* EG25–54–000.

*Applicants:* Bocanova Power II LLC.

*Description:* Bocanova Power II LLC submits Notice of Self–Certification of Exempt Wholesale Generator Status.

*Filed Date:* 12/9/24.

*Accession Number:* 20241209–5225.

*Docket Numbers:* EG25–55–000.

*Applicants:* Washington Wind LLC.

*Description:* Washington Wind LLC submits Notice of Self–Certification of Exempt Wholesale Generator Status.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5124.

*Comment Date:* 5 p.m. ET 12/31/24.

*Docket Numbers:* EG25–56–000.

*Applicants:* Blue Moon Energy LLC.

*Description:* Blue Moon Energy LLC submits Notice of Self–Certification of Exempt Wholesale Generator Status.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5127.

*Comment Date:* 5 p.m. ET 12/31/24.

*Docket Numbers:* EG25–57–000.

*Applicants:* Crossover Wind LLC.

*Description:* Crossover Wind LLC submits Notice of Self–Certification of Exempt Wholesale Generator Status.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5142.

*Comment Date:* 5 p.m. ET 12/31/24.

*Docket Numbers:* EG25–58–000.

*Applicants:* Winfield Solar I, LLC.

*Description:* Winfield Solar I, LLC submits Notice of Self–Certification of Exempt Wholesale Generator Status.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5154.

*Comment Date:* 5 p.m. ET 12/31/24.

Take notice that the Commission received the following Complaints and Compliance filings in EL Dockets:

*Docket Numbers:* EL25–5–000.

*Applicants:* Welcome Solar, LLC, Welcome Solar II, LLC, and Welcome Solar III, LLC v. PJM Interconnection, L.L.C.

*Description:* Amended and Restated Complaint of Welcome Solar, LLC, et al. v. PJM Interconnection, L.L.C.

*Filed Date:* 12/6/24.

*Accession Number:* 20241206–5217.

*Comment Date:* 5 p.m. ET 12/26/24.

Take notice that the Commission received the following electric rate filings:

*Docket Numbers:* ER20–2186–003; EL20–62–001.

*Applicants:* Fern Solar LLC.

*Description:* Fern Solar LLC submits a compliance filing to the 10/17/2024 Commission's order, Opinion No. 591, Order on Initial Decision.

*Filed Date:* 12/9/24.

*Accession Number:* 20241209–5257.

*Comment Date:* 5 p.m. ET 12/30/24.

*Docket Numbers:* ER25–271–001.

*Applicants:* PJM Interconnection, L.L.C.

*Description:* Tariff Amendment: Amendment of NSA, SA No. 7393; AE2–323 in Docket No. ER25–271–000 to be effective 12/30/2024.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5126.

*Comment Date:* 5 p.m. ET 12/31/24.

*Docket Numbers:* ER25–684–000.

*Applicants:* ITC Midwest LLC.

*Description:* § 205(d) Rate Filing: Filing of Contribution in Aid and Construction Agreement_ITCMW RS 236 to be effective 2/8/2025.

*Filed Date:* 12/9/24.

*Accession Number:* 20241209–5226.

*Comment Date:* 5 p.m. ET 12/30/24.

*Docket Numbers:* ER25–685–000.

*Applicants:* LS Power Grid California, LLC.

*Description:* § 205(d) Rate Filing: LS Power Grid California eTariff Filing to be effective 2/9/2025.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5048.

*Comment Date:* 5 p.m. ET 12/31/24.

*Docket Numbers:* ER25–686–000.

*Applicants:* Otter Tail Power Company.

*Description:* § 205(d) Rate Filing: 2024–12–10_OTP Addition to NSP Zone Schedule 7,8,9 to be effective 1/1/2025.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5119.

*Comment Date:* 5 p.m. ET 12/31/24.

*Docket Numbers:* ER25–687–000.

*Applicants:* Washington Wind LLC.

*Description:* § 205(d) Rate Filing: Market-Based Rate Application and Request for Waivers and Blanket Approvals to be effective 2/9/2025.

*Filed Date:* 12/10/24.

*Accession Number:* 20241210–5155.

*Comment Date:* 5 p.m. ET 12/31/24.

The filings are accessible in the Commission's eLibrary system (*https://elibrary.ferc.gov/idmws/search/fercgensearch.asp*) by querying the docket number.

Any person desiring to intervene, to protest, or to answer a complaint in any of the above proceedings must file in accordance with Rules 211, 214, or 206 of the Commission's Regulations (18 CFR 385.211, 385.214, or 385.206) on or before 5:00 p.m. Eastern time on the specified comment date. Protests may be considered, but intervention is necessary to become a party to the proceeding.

eFiling is encouraged. More detailed information relating to filing requirements, interventions, protests, service, and qualifying facilities filings can be found at: *https://www.ferc.gov/docs-filing/efiling/filing-req.pdf*. For other information, call (866) 208–3676 (toll free). For TTY, call (202) 502–8659.

The Commission's Office of Public Participation (OPP) supports meaningful public engagement and participation in Commission proceedings. OPP can help members of the public, including landowners, environmental justice communities, Tribal members and others, access publicly available information and navigate Commission processes. For public inquiries and assistance with making filings such as interventions, comments, or requests for rehearing, the public is encouraged to contact OPP at (202) 502–6595 or *OPP@ferc.gov*.

Dated: December 10, 2024.

**Carlos D. Clay,**

*Acting Deputy Secretary.*

[FR Doc. 2024–29526 Filed 12–13–24; 8:45 am]

**BILLING CODE 6717–01–P**

---

## ENVIRONMENTAL PROTECTION AGENCY

[EPA–HQ–OAR–2023–0063; FRL–12485–01–OAR]

**Guidance on the Preparation of State Implementation Plan Provisions That Address the Nonattainment Area Contingency Measure Requirements for Ozone and Particulate Matter**

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice of availability.

**SUMMARY:** Notice is hereby given that the Environmental Protection Agency (EPA) has posted on its website a final guidance document titled, ''Final Guidance on the Preparation of State Implementation Plan Provisions that Address the Nonattainment Area Contingency Measure Requirements for Ozone and Particulate Matter.''

**FOR FURTHER INFORMATION CONTACT:** For general questions concerning this final guidance document, please contact Michael Ling, U.S. EPA, Office of Air Quality Planning and Standards, Air Quality Policy Division, C539–04, Research Triangle Park, NC 27711, telephone (919) 541–4729, email at *ling.michael@epa.gov*.

**SUPPLEMENTARY INFORMATION:**

**I. General Information**

*How can I get copies of this guidance document and other related information?*

*Docket:* The EPA has established a docket for this action under Docket ID No. EPA–HQ–OAR–2023–0063. All documents in the docket are listed on the *https://www.regulations.gov* website. Although listed in the index, some information may not be publicly available, *e.g.,* Confidential Business Information or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the internet and will be publicly available only in hard copy. Publicly available docket materials are available electronically through *https://www.regulations.gov*.

*Agency Web Site:* The EPA has a website to house the final guidance at: *https://www.epa.gov/air-quality-implementation-plans/final-contingency-measures-guidance*. This website includes the final guidance document, and a link to the previous website for the public comment process on the draft guidance.

*What is the purpose of the EPA's guidance?*

The purpose of the guidance is to assist air agencies that are required to prepare nonattainment plan State implementation plan submissions for the ozone or particulate matter National Ambient Air Quality Standard under Part D of Title I of the Clean Air Act (CAA). Specifically, the guidance focuses on the statutory requirement for those plans to include contingency measures (CMs), which are control requirements that would take effect if the EPA determines that a State has

failed to attain by an applicable attainment date or failed to meet reasonable further progress related requirements. These CM requirements are specified in CAA section 172(c)(9) for nonattainment areas generally, and in CAA section 182(c)(9) for ozone nonattainment areas classified Serious and higher.

The guidance document provides a broad overview of CM requirements and prior EPA guidance (contained in section 2 of the CM guidance), much of which is unaffected by the updated guidance. The document focuses primarily on three aspects of CM guidance that the EPA is revising or updating. Specifically, the revised CM guidance: (1) recommends changes to the methodology for determining the amount of reductions that CMs should provide (described in section 3 of the of the CM guidance); (2) recommends an approach for developing an infeasibility justification for an air agency to use if it cannot identify feasible CMs in a sufficient quantity to produce the recommended amount of CM emission reductions (described in section 4 of the CM guidance); and (3) recommends changes to the time period within which reductions from CMs should occur following a triggering event (described in section 5 of the CM guidance).

The EPA accepted comments on the draft guidance from March 23, 2023, through April 24, 2023. The EPA received comments from 24 entities. All comments received by the EPA are included in the docket for this guidance. The EPA thoroughly considered the points raised in the comments in the development of this final guidance.

**Scott Mathias,**
*Director, Air Quality Planning Division.*
[FR Doc. 2024–29468 Filed 12–13–24; 8:45 am]
**BILLING CODE 6560–50–P**

---

**FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL**

**[Docket No. AS24–29]**

**Appraisal Subcommittee; Notice of Meeting**

**AGENCY:** Appraisal Subcommittee of the Federal Financial Institutions Examination Council.

**ACTION:** Notice of special closed meeting.

*Description:* In accordance with section 1104(b) of Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, codified at 12 U.S.C. 3333(b), notice is hereby given that the Appraisal Subcommittee

(ASC) met for a Special Closed Meeting on this date.
*Location:* Virtual meeting via Teams.
*Date:* December 4, 2024.
*Time:* 11:03 a.m. ET.

**Discussion Item**

Personnel Matter

The ASC convened a Special Closed Meeting to discuss a personnel matter pursuant to section 1104(b) of Title XI (12 U.S.C. 3333(b)). No action was taken by the ASC.

**Loretta Schuster,**
*Management & Program Analyst.*
[FR Doc. 2024–29562 Filed 12–13–24; 8:45 am]
**BILLING CODE 6700–01–P**

---

**GENERAL SERVICES ADMINISTRATION**

**[OMB Control No. 3090–0325; Docket No. 2024–0001; Sequence No. 16]**

**Information Collection; Improving Customer Experience (OMB Circular A–11, Section 280 Implementation)**

**AGENCY:** General Services Administration (GSA).

**ACTION:** Notice; request for comment.

**SUMMARY:** The General Services Administration (GSA), as part of its continuing effort to reduce paperwork and respondent burden, is announcing an opportunity for public comment on an extension of an existing information collection. Under the Paperwork Reduction Act of 1995 (PRA), Federal Agencies are required to publish notice in the **Federal Register** concerning each proposed collection of information, and to allow 60 days for public comment in response to the notice. This notice solicits comments on an extension of a collection proposed by the Agency.

**DATES:** Submit comments on or before February 14, 2025.

**ADDRESSES:** Submit comments identified by Information Collection 3090–0325, Improving Customer Experience (OMB Circular A–11, Section 280 Implementation), to: *https://www.regulations.gov*. Follow the instructions for submitting comments. Comments submitted electronically, including attachments to *https://www.regulations.gov*, will be posted to the docket unchanged. If your comment cannot be submitted using *https://www.regulations.gov*, call or email the points of contact in the **FOR FURTHER INFORMATION CONTACT** section of this document for alternate instructions.

*Instructions:* Please submit comments only and cite Information Collection